**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
**HYPE FOR TYPE LTD.,**

                     Plaintiff,

   -against-

**TWIN CITIES CO-OP PARTNERS, INC.**

                    Defendant.
------------------------------------------------------------------X

1:19-CV-01653
(ENV)(SJB)

**STIPULATED DISMISSAL**

Further to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the undersigned, the attorneys of record for Plaintiff HYPE FOR TYPE LTD. and Defendant TWIN CITIES CO-OP PARTNERS, INC., that, Hype For Type shall not file any actions against Defendant in the State of New York, and all claims in the above-referenced action are dismissed with each party to bear its own costs, expenses, and attorneys' fees.

Dated: June 11, 2019

By: /Frank J. Martinez/
Frank J. Martinez, Esq.
*Attorney for Plaintiff*
*HypeForType Ltd.*

**THE MARTINEZ GROUP PLLC**
55 Poplar Street, Suite 1-D
Brooklyn, New York 11201
718.797.2341 Telephone
FM@martinezgroup.com

By: /Samir Mehta/
Samir Mehta, Esq.
*Attorney for Defendant*
*Twin Cities Co-Op Partners, Inc.*

**STINSON LLP**
7700 Forsyth Boulevard, Suite 1100
St. Louis, Missouri, 63105-1821
314.259.4517 Telephone
samir.mehta@stinson.com

SO ORDERED:

_____
    Eric N. Vitaliano, U.S.D.J.

{00030006 v.1}

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2019, the above-referenced document, Stipulated Dismissal, with the clerk of the court via the CM/ECF system and served a copy of the same upon the below referenced party by Electronic Mail only.

Samir R. Mehta
STINSON LLP
7700 Forsyth Boulevard, Suite 1100
St. Louis, Missouri, 63105-1821
Telephone: 314.259.4517
samir.mehta@stinson.com

| | |
|---|---|
| Date: <u>June 11, 2019</u> | By: <u>/Frank J. Martinez/</u><br>Frank J. Martinez |